# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>Michael W. Greene<br>*Defendant(s)* | Case Number: 20-30114-SMY-004<br><br>**SUPPRESSED** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Michael W. Greene                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Count 1 – 21:846 – Conspiracy to Distribute Controlled Substances: Methamphetamine

Count 5 – 21:841(a)(1) and 841(b)(1)(A)(viii) - Distribution of Controlled Substance: Methamphetamine

Date: August 20, 2020

*Issuing officer's signature*     Deputy Clerk

City and state:   East St. Louis, Illinois                           Margaret Mary Robertie, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____.<br><br>Date: _____<br><br>*Arresting officer's signature*<br><br>*Printed name and title* |

AO-442  (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)