IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL W. GREENE,<br><br>                Defendant. | )<br>)<br>)<br>)<br>) CRIMINAL NO. 20-CR-30114-SMY<br>)<br>)<br>)<br>) |

## STIPULATION OF FACTS

The Government and the Defendant agree and stipulate as follows:

1. Beginning on an unknown date but at least by around February 2019 and continuing until October 2, 2019, Michael W. Greene agreed to and conspired to distribute methamphetamine with coconspirators William A. Moore, Robert Smith, Michael J. Huffman, Stacey M. Barkley, and others, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere.

2. In furtherance of that conspiracy, Moore distributed ice methamphetamine to Greene for further distribution to others. At times, Greene fronted portions of those drug amounts to Greene.

3. Greene also provided Moore with a firearm that was subsequently located at the time of Moore's arrest in St. Louis, Missouri.

4. On July 2, 2019, Greene possessed 58.7 grams of ice methamphetamine that he intended to distribute. Moore distributed that ice methamphetamine to Greene, assisted by Huffman. Before that transaction occurred, Moore and Greene spoke in recorded phone calls about the sale of two ounces of ice methamphetamine. On the day of the transaction, Moore directed Huffman in a recorded call to retrieve two ounces for Greene. Greene then arrived at the Red Apple restaurant and conducted the transaction in the parking lot inside of Moore's vehicle. Law

enforcement then conducted a traffic stop of Greene and recovered the ice methamphetamine in a Ziploc bag in his waistband.

5. Greene stipulates that the facts set forth above prove beyond a reasonable doubt the conduct charged in Counts 1 and 5 of the Indictment.

6. Greene stipulates that the total amount of methamphetamine involved in the conspiracy which was reasonably foreseeable to all named defendants was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

**So Stipulated.**

UNITED STATES OF AMERICA,

RACHELLE AUD CROWE
United States Attorney

MICHAEL W. GREENE
Defendant

AMANDA M. FISCHER
Assistant United States Attorney

SHANNA KEEL SURRATT
Attorney for Defendant

Date: _____

Date: ___7/6/22___